## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ADMINISTRATORS OF THE TULANE )
EDUCATIONAL FUND (A/K/A TULANE )
UNIVERSITY), *et al.*, )
    )
        Plaintiffs, )
    )
        v. )  Civil Case No. 09-2428 (RJL)
    )
IPSEN PHARMA, S.A.S. (F/K/A SOCIETE )
CONSEILS DE RECHERCHES ET )
D'APPLICATIONS SCIENTIFIQUES SAS), )
    )
        Defendant. )
    )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this

2ⁿᵈ day of December, 2011, hereby

**ORDERED** that the defendant Ipsen Pharma, S.A.S.'s Motion to Dismiss [#58] is

**GRANTED**.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge